## Thomas E. La Duke, Appellee, v. Roy P. Morrison, Appellant.

Gen. No. 48,108.

First District, Third Division.

March 1, 1961.

Morgan, Halligan & Lanoff, of Chicago (Edwin A. Halligan and Donald T. Morrison, Jr., of counsel) for appellant; John J. Burns, Jr., of Chicago, for appellee. Opinion by JUSTICE McCORMICK. **Not to be published in full.**